UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-09523-AH | Date | July 10, 2026 |
| Title | *In Re: Lisa Hines* | | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF JURISDICTION**

On October 6, 2025, Appellant Lisa Hines ("Appellant") initiated this bankruptcy appeal by filing a Notice of Appeal. Dkt. No. 1. On the same day, Appellant filed an Amended Notice of Appeal and Statement of Election. Dkt. No. 3. Appellant purports to appeal the July 7, 2025, Order Granting Motion for Relief from Stay Under 11 U.S.C. § 362 (Unlawful Detainer), (Bankr. Dkt. No. 41) from the U.S. Bankruptcy Court, Bankruptcy Petition No. 1:25-bk-10950-MB. *See* Dkt. No. 1 at 2, 4. The Amended Notice of Appeal was filed in the Bankruptcy Court on September 25, 2025, and filed in this Court on October 6, 2025. Bankr. Dkt. No. 148; *see generally* Dkt. No. 3.

Federal Rule of Bankruptcy Procedure 8002(a) requires that Appellant file a notice of appeal with the Clerk of the Bankruptcy Court within fourteen (14) days of the entry of the judgment, order, or decree being appealed. Fed. R. Bankr. P. 8002. Appellant's appeal is untimely. Appellant's Notice of Appeal was filed on October 6, 2025, more than fourteen (14) days after the Bankruptcy Order dated July 7, 2025 (Bankr. Dkt. No. 41) was entered. The Court has no jurisdiction over untimely appeals and lacks the authority to decide them. *See In re Souza*, 795 F.2d 855, 857 (9th Cir. 1986).

Lastly, Appellant failed to file the required Notice of Transcripts with this Court.  Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellant must file a Statement of Issues, Designation of Record, and Notice of Transcripts within fourteen (14) days after filing the notice of appeal.  Fed. R. Bankr. P. 8009.  The Court notified Appellant of her obligations under the Federal Rules of Bankruptcy Procedure on October 16, 2025, warning that "failure . . . to comply with time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal[.]"  Dkt. No. 4 at 2.  Appellant has yet to file the required Notice of Transcripts in this case.

Appellant is hereby Ordered to Show Cause, in writing, no later than **August 4, 2026**, why the appeal should not be dismissed for failure to comply as described herein.  Failure to timely or adequately respond to this order will result in dismissal of the appeal without further notice.

**IT IS SO ORDERED.**